UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>WEST COAST COMMERCIAL CONTRACTORS, INC., a California corporation; STEPHEN ALEXANDER KRON, an individual, also known as STEPHEN KRON; KRON INTERIORS, INC., a California corporation, also known as KRON INTERIOR SYSTEMS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV 13-1259 DOC (JCGx)<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, have judgment as follows:

Against defendants, WEST COAST COMMERCIAL CONTRACTORS, INC., a California corporation, and KRON INTERIORS, INC., a California corporation, also known as KRON INTERIOR SYSTEMS, INC.:

1.  Balance of settlement                                                       $703,892.20

2.  Interest from August 14, 2014 through February 8, 2016 at the rate of 7.25% accruing at the rate $139.81 per day      $75,637.21

3.  Post Settlement Contributions for the period April 2014 through July 2014 and September 2014 through

| | | |
|---|---|---:|
| | September 2015 | $127,380.01 |
| 4. | Post Settlement Liquidated Damages for the period April 2014 through July 2014 and September 2014 through September 2015 | $26,280.37 |
| | **GRAND TOTAL** | **$933,189.79** |

Against defendant STEPHEN ALEXANDER KRON, an individual, also known as STEPHEN KRON:

| | | |
|---|---|---:|
| 1. | Balance of Settlement | $57,902.72 |
| 2. | Interest from August 14, 2014 through February 8, 2016 at the rate of 7.25%, accruing at the rate of $11.50 per day | $6,221.50 |
| | **GRAND TOTAL** | **$64,124.22** |

DATE: February 23, 2016         _____
                                THE HONORABLE DAVID O. CARTER
                                UNITED STATE DISTRICT JUDGE