Stephen Zeller, Bar No. 265664
Email address: szeller@shanleyapc.com
Casey Jensen, Bar No. 263593
Email address: cjensen@shanleyapc.com
SHANLEY,
a Professional Corporation
533 S. Fremont Ave., Ninth Floor
Los Angeles, California  90071-1706
Telephone:  (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non- profit corporation; BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>              Plaintiff,<br><br>        vs.<br><br>WEST COAST COMMERCIAL CONTRACTORS, INC., a California corporation; STEPHEN ALEXANDER KRON, an individual, also known as STEPHEN KRON; KRON INTERIORS, INC., a California corporation, also known as KRON INTERIOR SYSTEMS, INC.; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 8:13-cv-01259-DOC-JCG<br><br>RENEWAL OF JUDGMENT BY CLERK |

1

The judgment debtors, WEST COAST COMMERCIAL CONTRACTORS, INC., a California corporation and KRON INTERIORS, INC., a California corporation, also known as KRON INTERIOR SYSTEMS, INC., ("CORPORATIONS"); and STEPHEN ALEXANDER KRON, an individual, also known as STEPHEN KRON, ("INDIVIDUAL") having judgment entered against them on February 23, 2016.

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon declaration that CORPORATIONS and INDIVIDUAL have failed to pay the total amount of said judgment; and that CORPORATIONS and INDIVIDUAL are indebted to CARPENTERS TRUSTS.

That judgment against CORPORATIONS be renewed in the amount of $979,802.30 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | |
|---|---|---:|
| a. | Principal | $857,552.58 |
| b. | Judgment interest | $ 75,637.21 |
| c. | Costs | $ 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | $ 0.00 |

Subtotal (Judgment as entered) ............................................................ $933,189.79

|   |   |   |
|---|---|---|
| e. | Less credits after judgment | $0.00 |
| f. | Interest after judgment computed from February 23, 2016 through May 13, 2025 at 0.53% ($14.48 per day) | $46,612.51 |
| g. | Subtotal | $979,802.30 |
| h. | Costs after judgment | $0.00 |

Total Renewed Judgment ............................................................... $979,802.30

Further, that judgment against INDIVIDUAL be renewed in the amount of $67,326.81 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

|   |   |   |
|---|---|---|
| a. | Principal | $57,902.72 |
| b. | Judgment interest | $6,221.50 |
| c. | Costs | $0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | $0.00 |

Subtotal (Judgment as entered) ....................................................... $64,124.22

|   |   |   |
|---|---|---|
| e. | Less credits after judgment | $0.00 |
| f. | Interest after judgment computed from February 23, 2016 through May 13, 2025 at 0.53% ($0.99 per day) | $3,202.59 |
| g. | Subtotal | $67,326.81 |

| | | | |
|---|---|---|---|
| h. | Costs after judgment ..................................................... | $ | 0.00 |

Total Renewed Judgment ............................................................... $67,326.81

DATED: May 20, 2025

*TrinaDeBose*
DEPUTY CLERK
UNITED STATES DISTRICT COURT
Brian K. Karth Clerk of Court

Presented by:

SHANLEY, a Professional Corporation


BY: _____
STEPHEN ZELLER
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts

4

**PROOF OF SERVICE (By Mail)**
(USDC Case No. 8:13-cv-01259-DOC-JCG)

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

    On May 15, 2025, I served a copy of the foregoing document, described as:
**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**

**on defendants, addressed as follows:**

| | |
|---|---|
| West Coast Commercial Contractors, Inc.<br>a California corporation<br>P.O. Box 7015<br>Laguna Niguel, California 92607 | Stephen Alexander Kron, an individual<br>aka Stephen Kron<br>P.O. Box 2073<br>Lake Arrowhead, California 92352-2073 |

Kron Interiors, Inc., a California corporation
aka Kron Interior Systems, Inc.
P.O. Box 7015
Laguna Niguel, California 92607

in said action, by placing **[X]** a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]** (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

    I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on May 15, 2025, at Los Angeles, California.**

**[X]** (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco
